UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES PAUL RYAN, Ind. & as Next Friend of DEBORAH J. RYAN, Plaintiffs | Civil Action No. 1:25-cv-11594-BEM |
| v. | |
| JUNE M. QUINLAN, Defendant | Jury Trial Demanded |

**MOTION BY PLAINTIFF'S COUNSEL TO WITHDRAW AND FOR LEAVE TO APPEAR FOR THE LIMITED PURPOSE OF ADDRESSING THE COURT'S ORDER TO SHOW CAUSE (ECF No. 43)**

Attorney Gary M. Bloom respectfully moves, pursuant to D. Mass. L.R. 83.5.2(c)(2) and Mass. R. Prof. C. 1.16, for: (a) leave to withdraw as counsel for Plaintiffs James Paul Ryan and Deborah J. Ryan, and (b) leave to appear at the forthcoming hearing solely to address the Court's Order to Show Cause (ECF No. 43), which concerns filings submitted under counsel's signature.

**GROUNDS**

1. **Termination by client.** On November 5, 2025, Attorney Bloom received Plaintiff James Paul Ryan's termination letter dated November 1, 2025, terminating Attorney Bloom's representation, effective immediately, citing "**recent credibility issues**" in the case. Attorney Bloom understands this to relate to the Court's Order to Show Cause (ECF No. 43), notwithstanding counsel's prompt response and correction of two pending memoranda. Under Mass. R. Prof. C. 1.16(a)(3), discharge by the client mandates withdrawal.

2. **Client contact for service.** Upon withdrawal, Plaintiff may be served at:

   James Paul Ryan

   1 Hayden Rd, Saugus, MA 01906

Mail service to: James P. Ryan, 1268 Broadway, C 247, Saugus MA 01906

Phone: 781-520-0612

Email: grouptixne@aol.com

3. **Limited appearance for OSC only.** The OSC (ECF No. 43) addresses quotation accuracy in briefs filed under Attorney Bloom's signature. To permit a complete and efficient record, counsel requests leave to appear in his own name at the motion hearing on November 14, 2025 for that limited purpose only. Counsel does not seek to argue the merits of any substantive motion after withdrawal.
4. **No prejudice.** Withdrawal will not unduly delay proceedings. Plaintiff Ryan will proceed *pro se* or through successor counsel. Counsel has complied, and will continue to comply, with Mass. Rule of Prof. Conduct 1.16(d) (turnover of the client file and protection of client interests). Plaintiff Ryan has been duly informed in writing that he will be proceeding *pro se* until he secures successor counsel.
5. **Expedited consideration.** Because a motion hearing is scheduled for November 14, 2025, on matters filed under counsel's signature, counsel respectfully requests that this motion be acted upon on an expedited basis so that withdrawal may take effect prior to that hearing.

## RELIEF REQUESTED

Attorney Bloom respectfully asks the Court to:

1. Allow withdrawal as counsel for Plaintiffs;
2. Recognize Plaintiff's address and email listed above as the address of record going forward; and

3. Grant leave for a limited appearance by Gary M. Bloom at the November 14, 2025, hearing solely to address matters arising from the OSC (ECF No. 43).

Respectfully submitted on November 7, 2025,

/s/ Gary M. Bloom
Gary M. Bloom (BBO # 684982)
Law Office of Gary Bloom
30 Franklin St, Suite 223
Malden, MA 02148
Tel: 617-553-4255
Email: GaryBloomLaw@gmail.com

CERTIFICATE OF CONFERENCE

Pursuant to L.R. 7.1(a)(2), Attorney Bloom conferred with opposing counsel via email on November 6, 2025. Opposing counsel took no position on this motion but rather defers to the Court.

/s/ Gary M. Bloom
Gary M. Bloom, Esq.

CERTIFICATE OF SERVICE

I certify that this motion was filed on November 7, 2025 via CM/ECF and served on counsel of record. A copy was also sent on November 6, 2025 to Plaintiff James Paul Ryan at the email address listed above pursuant to L.R. 83.5.2(c) and Mass. R. Prof. C. 1.16(d).

/s/ Gary M. Bloom
Gary M. Bloom, Esq.

Note: Counsel reserves all rights under M.G.L. c. 221, § 50 to assert an attorney's lien for fees and expenses incurred prior to discharge.